Joseph STILWELL, Plaintiff–
Appellant,

v.

CONCECO, Medical Contractor; Doc-
tor Wray; Doctor Stern, a/k/a F.C.
Sturmer, Defendants–Appellees.

No. 01–6339.

United States Court of Appeals,
Fourth Circuit.

Submitted May 8, 2001.

Decided June 5, 2001.

Joseph Stilwell, pro se. Frank Fletcher
Rennie, IV, Cowan & Owen, P.C., Rich-
mond, VA, for appellees.

Before MICHAEL, TRAXLER, and
KING, Circuit Judges.

PER CURIAM.

Joseph Stilwell appeals the district
court's order granting summary judgment
to the Appellees and dismissing his civil
rights complaint alleging that the Appel-
lees were deliberately indifferent to his
medical needs. We have reviewed the rec-
ord and the district court's opinion and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Stilwell v. Conceco*, No. CA–
99–1094–AM (E.D.Va. Feb. 16, 2001). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*AFFIRMED.*